■ SHIRLEY KELMENSON, Respondent, v. CARL L. KELMENSON, Appellant. — Judgment of the Supreme Court, Nassau County, dated February 18, 1969,

affirmed insofar as appealed from, with costs, on the opinion of Mr. Justice CHARLES R. THOM at Special Term. Beldock, P. J., Christ, Munder, Martuscello and Kleinfeld, JJ., concur.